**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

     vs                                        Case No.3:01cr118LAC

JOHNA D. ROBINSON

_____

**ORDER**

Your documents, **MOTION FOR CLARIFICATION and RESPONDENT'S PRIVATE INTERNATIONAL REMEDY CONDITIONAL ACCEPTANCE FOR VALUE**, was referred to the undersigned with the following deficiencies:

    The documents do not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party.

DONE and ORDERED this 25th day of April, 2007.

                                                        s/*L.A. Collier*
                                                        LACEY A. COLLIER
                                                        SENIOR UNITED STATES DISTRICT JUDGE