# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                        CASE NO. 3:01cr118LAC

JOHNA ROBINSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   June 11, 2007

Motion/Pleadings: RESPONDENT'S PRIVATE INTERNATIONAL REMEDY CONDITIONAL ACCEPTANCE FOR VALUE

Filed by DEFT PRO SE    on 5/29/2007    Doc.# 108

RESPONSES:

                                        on                Doc.#

                                        on                Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        *s/Mary Maloy*

LC (1 OR 2)                                Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 12th day of June, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b) Frivolous.*

                                                              *s/L.A. Collier*
                                                         **LACEY A. COLLIER**
                                               *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.