# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,

vs                                                              CASE NO: 3:01cr118-002

JOHNA ROBINSON,
          Defendant.

_____/

## ORDER REDUCING SENTENCE

          Defendant's sentence of confinement is hereby reduced from life to 180 months and the term of supervised release is reduced to five years.  In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 28 February 2003 shall remain unchanged.

          **ORDERED** this 15th  day of October 2007.


                                          s/L.A. Collier
                                     LACEY A. COLLIER
                              Senior United States District Judge