# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS               CASE NO. 3:01cr118LAC

JOHNA ROBINSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   February 23, 2009
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by DEFENDANT PRO SE    on 2/23/2009    Doc.# 120

RESPONSES:

             on      Doc.#
             on      Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

             WILLIAM M. McCOOL, CLERK OF COURT

             *s/Mary Maloy*
LC (1 OR 2)        Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 17th day of April, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) The defendant's total offense level remains unchanged pursuant to the Career Offender provision. Therefore, the defendant is not eligible for any relief pursuant to Amendments 706, 711 and 715.*

             *s/L.A. Collier*
             ***LACEY A. COLLIER***
             *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.